**Brody & Cornwell f/k/a Voytas & Company**
One North Taylor Avenue, Saint Louis, Missouri 63108
314.932.1068 / www.voytaslaw.com

**Invoice #:** PONTELLO/HORIZON01
**Case:** Pontello v. Horizon Debt Group
**Responsible Attorneys:** Richard A. Voytas, Jr. (RAV), Alexander J. Cornwell (AJC), Nathan K. Bader (NKB)
**Hourly Rate:** RAV - $415 (partner rate); AJC - $395 (senior associate rate); NKB - $295 (associate rate)
**Billing Increments:** 1/10 Hour
**Date of Invoice:** 2/22/2016

| Date | Work Description | Hours Worked/Atty ID | Amount Billed |
|---|---|---|---|
| 3/17/2015 | [redacted] | .5 - RAV | **$207.50** |
| 3/18/2015 | [redacted] | 1.6 - RAV | **$664.00** |
| 5/1/2015 | [redacted] | 1.9 - RAV | **$788.50** |
| 3/25/2015 | [redacted] | .7 - RAV | **$290.50** |
| 3/25/2015 | [redacted] | 3.5 - RAV | **$1,452.50** |
| 4/1/2015 | [redacted] | 5.2 - AJC | **$2,054.00** |
| 4/13/2015 | [redacted] | .6 - RAV | **$249.00** |
| 4/17/2015 | [redacted] | .2 - RAV | **$83.00** |
| 4/22/2015 | [redacted] | .8 - RAV | **$332.00** |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/28/2015 | | .1 - RAV | $41.50 |
| 5/20/2015 | | .1 - RAV | $41.50 |
| 5/27/2015 | | .3 - RAV | $124.50 |
| 6/10/2015 | | .1 - RAV | $41.50 |
| 6/15/2015 | | 1.7 - RAV | $705.50 |
| 7/13/2015 | | .2 – RAV | $83.00 |
| 8/13/2015 | | .4 - AJC | $158.00 |
| 8/17/2015 | | .1 - RAV | $41.50 |
| 8/18/2015 | | .2 - RAV | $83.00 |
| 8/31/2015 | | 3.2 - NKB | $944.00 |
| 9/1/2015 | | .4 - RAV | $166.00 |
| 9/11/2015 | | 2.3 - AJC | $908.50 |
| 10/22/2015 | | .6 - RAV | $249.00 |
| 10/23/2015 | | .9 - RAV | $373.50 |
| 10/26/2015 | | .1 - RAV | $41.50 |
| 10/27/2015 | | .3 - RAV | $124.50 |
| 11/30/2015 | | .4 – RAV | $166.00 |
| 1/6/2016 | Review Horizon's Motion to Withdraw Admissions. | .3 - RAV | $124.50 |
| 1/6/2016 | Send email to AJC re: Response to Motion to Withdraw | .1 - RAV | $41.50 |
| 1/7/2016 | Review file and all communications with Horizon's attorney re: outstanding discovery. | .4 - AJC | $158.00 |
| 1/7/2016 | Research FRCP and Local Rules regarding discovery disputes. | .3 - AJC | $118.50 |
| 1/7/2016 | Draft section of Response to Motion to Withdraw re: Horizon's failure to satisfy meet | 1.2 - AJC | $474.00 |

| Date | Description | Time | Amount |
|---|---|---|---|
| | and confer. | | |
| 1/13/2016 | ██████████████████████ | .4 - AJC | $158.00 |
| 1/18/2016 | Research decisions denying and granting motions to withdraw admissions under Rule 36. | .9 - AJC | $355.50 |
| 1/18/2016 | Draft section of Response to Motion to Withdraw re: Horizon being estopped from withdrawing its admissions given its continued affirmation that they were improperly served. | 1.1 - AJC | $434.50 |
| 1/18/2016 | Draft section of Response to Motion to Withdraw re: the two-part analysis of prejudice and preservation of merits. | 2.9 - AJC | $1,145.50 |
| 1/19/2016 | Finalize Response to Motion to Withdraw, including Introduction, Timeline, and Conclusion sections. | 2.3 - AJC | $908.50 |
| 1/19/2016 | Review and edit Response to Motion to Withdraw and file with the Court. | .4 - RAV | $166.00 |
| 1/25/2016 | Receipt and review the Court's Order denying Defendant's Motion to Withdraw. | .1 - RAV | $41.50 |
| 1/26/2016 | Send email to AJC re: meet and confer conference. | .1 - RAV | $41.50 |
| 1/26/2016 | Exchange emails with Horizon's attorney regarding meet and confer scheduling. | .1 - AJC | $39.50 |
| 1/26/2016 | ██████████████████████ | .3 - AJC | $118.50 |
| 1/27/2016 | Attend telephonic meet and confer with Horizon's attorney. Draft confirmation email following the conference. | .7 - AJC | $276.50 |
| 1/29/2016 | Review Horizon's Second Motion to Withdraw its Admissions. | .3 - AJC | $118.50 |
| 2/3/2016 | ██████████████████████ | .4 - AJC | $158.00 |
| 2/3/2016 | Draft Response to Second Motion to Withdraw and file with the Court. | .7 - AJC | $276.50 |
| 2/4/2016 | ██████████████████████ | .5 - AJC | $197.50 |
| 2/4/2016 | Review Horizon's Motion for Leave to File Rule 26 Disclosures out of time. | .2 – AJC | $79.00 |
| 2/4/2016 | Review Horizon's Motion to Extend the Discovery Deadline. | .1 - AJC | $39.50 |
| 2/4/2016 | ██████████████████████ | .2 - AJC | $79.00 |
| 2/4/2016 | Review Defendant's Reply in Support of its Motion to Withdraw. | .3 - AJC | $118.50 |
| 2/8/2016 | Draft Response in Opposition to Horizon's Motion to Serve Rule 26 Disclosures and Horizon's Motion to Extend the Discovery Deadline. | 3.8 - AJC | $1,501.00 |
| 2/9/2016 | ██████████████████████ | .8 - AJC | $316.00 |
| 2/11/2016 | ██████████████████████ | .2 - AJC | $79.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 2/11/2016 | ███████████████████ | .3 - AJC | $118.50 |
| 2/11/2016 | ███████████████████ | 3.5 - AJC | $1,382.50 |
| 2/12/2016 | ███████████████████ | 2.7 - AJC | $1,066.50 |
| 2/15/2016 | Review Horizon's Motion for Leave to File Amended Answer. | .3 - AJC | $118.50 |
| 2/15/2016 | ███████████████████ | .2 - AJC | $79.00 |
| 2/15/2016 | ███████████████████ | .1 - AJC | $39.50 |
| 2/15/2016 | Draft Response in Opposition to Horizon's Motion for Leave to File Amended Answer. | 2.1 - AJC | $829.50 |
| 2/16/2016 | Review Order re: telephonic hearing on Horizon's outstanding motions and calendar. | .1 - AJC | $39.50 |
| 2/19/2016 | Prepare for hearing on Horizon's four outstanding motions. | .8 – AJC | $316.00 |
| 2/19/2016 | Attend telephonic hearing on Horizon's four pending motions seeking discovery relief and leave to file out-of-time pleadings. | .5 – AJC | $197.50 |
| 2/22/2016 | ███████████████████ | .4 - AJC | $158.00 |
| | *Subtotal for Unredacted Time Entries* | *20.0* | *$7,918.00* |
| | **TOTAL DUE** | 56.6 | $21,258.00 |