UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOMINIC PONTELLO, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:15-cv-00810-JAR |
| v. | ) |
| | ) |
| HORIZON DEBT GROUP, LLC, | ) |
| | ) |
| Defendants. | ) |

STIPULATION OF DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed to by and between Plaintiff and Defendant, through their respective undersigned counsel, that the above-captioned action, shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

BRODY & CORNWELL

By:   /s/ Bryan E. Brody
      Bryan E. Brody, #57580MO
      1 North Taylor Avenue
      St. Louis, Missouri 63108
      Telephone: (314) 932-1068
      Bryan.e.Brody@gmail.com
      *Attorney for Plaintiff*

So Ordered
John A. Ross
5/19/2016

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

The below signature certifies that on May 19, 2016 the foregoing was served by operation of the Court's electronic filing system on the following counsel of record:

HINSHAW & CULBERTSON LLP
Anthony J. Debre, #67612MO
Terese A. Drew, #32030MO
701 Market Street, Suite 1300
St. Louis, Missouri 63101
Phone: (314) 241-2600
christophermgarcia@att.net
tdrew@hinshawlaw.com
adebre@hinshawlaw.com
*Attorneys for Defendant*

**Bryan E. Brody, #57580MO**